833 A.2d 625

IN THE MATTER OF THEODORE F. KOZLOWSKI, AN
ATTORNEY AT LAW (ATTORNEY NO. 024181978).

October 28, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–155, concluding that **THEODORE F. KO-ZLOWSKI** of **MORRISTOWN**, who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that **THEODORE F. KOZLOWSKI** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.